# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Cook, Harold D | 2. Court or Organization<br><br>Northern District of Oklahoma | 3. Date of Report<br><br>05/14/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>224 South Boulder, Room 241<br>Tulsa, OK 74103 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions.)

☑ NONE (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions.)

☑ NONE (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Harold D | 05/14/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Harold D | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. F&M Nat'l Bank & Trust (non-interest bearing) | | None | L | T | | | | | |
| 2. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 3. -Bank Deposit Program | B | Interest | K | T | | | | | |
| 4. -Okla State TPK at TPK | D | Interest | M | T | | | | | |
| 5. -Okla Agric&Mech Clges | C | Interest | M | T | | | | | |
| 6. -Jenks Okla Pub Wks Auth | D | Interest | M | T | | | | | |
| 7. -Blackrock Mun 2018 Term Trust | C | Interest | L | T | | | | | |
| 8. -Tronox Inc Class B Com Stk (formerly Kerr-McGee Com Stk) | A | Dividend | J | T | | | | | |
| 9. -Diamonds Trust | A | Dividend | J | T | | | | | |
| 10. -JEA Var Rt Elec Rev | A | Interest | K | T | | | | | |
| 11. -Blackrock ST Mun Fund | C | Dividend | L | T | | | | | |
| 12. -Okla Cnty Okla Indpt Sch Dist | C | Interest | L | T | | | | | |
| 13. -Western Asset Emerging Mkts Debt FD Inc | D | Dividend | M | T | X-fer from 2 | | | | |
| 14. -Alliance Natl Mun Income FD | C | Interest | L | T | X-fer from 2 | | | | |
| 15. -Eaton Vance Ltd. Duration Inc Fund | D | Dividend | L | T | X-fer from 2 | | | | |
| 16. -Gabelli Equity TR Inc Ser C | D | Dividend | M | T | | | | | |
| 17. -Arizona Hlth Facs Au Rev Banner Hlth Ambac | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 = $25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Harold D | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Nuveen Insured Div Advantage Muni Fund | B | Int./Div. | L | T | X-fer from 2 | | | | |
| 19. -Illinois Fin Au Rev Hlt Care Network | B | Int./Div. | L | T | X-fer from 2 | | | | |
| 20. -American High Income Mun Bond Fund C | B | Interest | L | T | X-fer from 2 | | | | |
| 21. -First Eagle Global Fund Class C | A | Dividend | J | T | X-fer from 2 | | | | |
| 22. -District Columbia Rev | A | Int./Div. | | | X-fer from 2 | | | | |
| 23. | | | | | Sold | 8/14 | K | A | |
| 24. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 25. -Bank Deposit Program | B | Interest | L | T | | | | | |
| 26. -Sunoco Common Stk | A | Dividend | K | T | | | | | |
| 27. -Okla St. Auth Tpk | C | Interest | L | T | | | | | |
| 28. -Nuveen Ins Div Adv Muni Fund | B | Interest | | | X-fer to 1 | | | | |
| 29. -Okla Colleges Brd Regents | B | Interest | K | T | | | | | |
| 30. -Okla Cnty Okla Indpt Sch Dist | C | Interest | L | T | | | | | |
| 31. -McKinley Cnty N Mex GR Tax Rev | C | Interest | L | T | | | | | |
| 32. -Tulsa Okla Met Util Auth Util Rev | B | Interest | K | T | | | | | |
| 33. -Puerto Rico Comwlth Rfdg-Pub Impt | B | Interest | K | T | | | | | |
| 34. -District Columbia Rev | A | Interest | | | X-fer to 1 | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Harold D | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Oklahoma Dept of Tsptn Grant | B | Interest | K | T | | | | | |
| 36. -Sarasota Cnty Fla Sch Brd Ctfs Partn | B | Interest | L | T | | | | | |
| 37. -Okla Dev Fin Au Rev Ref | C | Interest | L | T | Exchanged | 7/25 | K | A | |
| 38. -Okla Dev Fin Auth Rev RFDG-St. John Health Sys | B | Interest | K | T | Received | 7/25 | K | | |
| 39. -Okla Dev Fin Auth Rev RFDG-St. John Health Sys | B | Interest | K | T | Received | 7/25 | K | | |
| 40. -Okla St Mun Pwr Auth Pwr | C | Interest | L | T | | | | | |
| 41. -Am High Income Municipal Bond Fund C | A | Interest | | | X-fer to 1 | | | | |
| 42. -Nuveen INV Quality Mun FD Inc | A | Dividend | | | Sold | 1/19 | K | A | |
| 43. -First Eagle Global Fund | A | Dividend | | | X-fer to 1 | | | | |
| 44. -Western Asset Emerging Mkts Debt FD Inc (formerly Solomon | A | Dividend | | | X-fer to I | | | | |
| 45. -Eaton Vance Ltd. Duration Inc Fund | B | Dividend | | | X-fer to 1 | | | | |
| 46. -Alliance Natl Mun Income FD | B | Interest | | | X-fer to 1 | | | | |
| 47. -Illinois Fin AU Rev Ref | A | Interest | | | Buy | 1/22 | K | | |
| 48. | | | | | X-fer to 1 | | | | |
| 49. BROKERAGE ACCOUNT (IRA) #3 | | | | | | | | | |
| 50. -Bank Deposit Program | A | Interest | J | T | | | | | |
| 51. -Diamonds Trust | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Harold D | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   -TYCO International | | None | | | Split | 7/3 | J | A | |
| 53. | | | | | Sold | 7/23 | J | A | |
| 54.   - Covidien Ltd | | None | J | T | Spinoff | 7/6 | J | | |
| 55. | | | | | Sold | 7/23 | J | A | |
| 56.   - TYCO Electronics | | None | | | Spinoff | 7/6 | J | | |
| 57. | | | | | Sold | 7/23 | J | A | |
| 58.   -Calamos Convertible Fund | A | Dividend | J | T | | | | | |
| 59.   -Evergreen Asset Alloc Fund | A | Dividend | | | Buy | 7/23 | J | | |
| 60. | | | | | Partial Sale | 9/17 | J | A | |
| 61.   BROKERAGE ACCOUNT (IRA) #4 | E | Dividend | O | T | | | | | |
| 62.   -Blackrock Global Allocation Fund Class A | | | | | Buy | 10/03 | L | | |
| 63.   -Blackrock Global Dynamic Equity Fund Cl A (Blrk gl V Cl B) | | | | | Merger | 4/30 | K | A | |
| 64.   -Bank Deposit Program | | | | | | | | | |
| 65.   -Calamos Convertible Fund | | | | | | | | | |
| 66.   -Evergreen Asset Alloc Fund | | | | | | | | | |
| 67.   -Calomos Strategic Total Return | | | | | | | | | |
| 68.   -Blackrock International Bond Fd Class C | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Harold D | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   -First Eagle Global Fund | | | | | | | | | |
| 70.   -Federated Market Opportunity | | | | | | | | | |
| 71.   -Williams Cos, Inc. Common Stk | | | | | | | | | |
| 72.   -Eaton Vance Ltd Duration Income Fund | | | | | | | | | |
| 73.   -C.D.-Washington Mutual Bank, NV | | | | | Matured | 10/1 | L | A | |
| 74.   -C.D.-Countrywide Bank, N.A., VA | | | | | Matured | 8/16 | L | A | |
| 75.   -C.D.-Acacia Federal Savings Bk, VA | | | | | Matured | 8/16 | J | A | |
| 76.   -C.D.-GMAC Bank, PA | | | | | Matured | 2/15 | K | A | |
| 77.   -C.D.-Compass Bank, AL | | | | | Matured | 3/12 | L | A | |
| 78.   -C.D.-Banco Popular De Puerto Rico | | | | | Matured | 5/10 | L | A | |
| 79.   - C.D.-Bank of India - NY | | | | | Buy | 3/26 | L | | |
| 80. | | | | | Matured | 10/2 | L | A | |
| 81.   - C.D.-Plainscapital Bank-TX | | | | | Buy | 5/11 | L | | |
| 82. | | | | | Matured | 11/16 | L | A | |
| 83.   - Capital Income Builder Fund Class C | | | | | Buy | 10/03 | L | | |
| 84.   - Franklin Income Fund Class C | | | | | Buy | 10/03 | L | | |
| 85.   -Blackrock Global Allocation Fund Class C | | | | | Buy | 10/3 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Harold D | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | -C.D. Lehman Br Comml Bk | | | | | Buy | 8/22 | L | | |
| 87. | -C.D. Western Bk Puerto Rico | | | | | Buy | 8/22 | K | | |
| 88. | BROKERAGE ACCOUNT #5 IRA | C | Dividend | M | T | | | | | |
| 89. | -General Electric Com Stk | | | | | Buy | 1/16 | J | | |
| 90. | -Avon Products Com Stk | | | | | Buy | 1/16 | J | | |
| 91. | -Cisco Sys Inc Com Stk | | | | | Buy | 1/16 | J | | |
| 92. | | | | | | Sold | 1/26 | J | C | |
| 93. | -Conagra Foods Inc Com Stk | | | | | Buy | 1/16 | J | | |
| 94. | -Fifth Third Bancorp Com Stk | | | | | Buy | 1/16 | J | | |
| 95. | | | | | | Sold | 4/23 | J | A | |
| 96. | -Fiserv Inc Com Stk | | | | | Buy | 1/16 | J | | |
| 97. | -Halliburton Co Holdings Com Stk | | | | | Buy | 1/16 | J | | |
| 98. | | | | | | Sold | 11/19 | J | B | |
| 99. | -Intel Corp Com Stk | | | | | Buy | 1/16 | J | | |
| 100. | -Intl Business Machines Corp Com Stk | | | | | Buy | 1/16 | J | | |
| 101. | -J C Penney Co Inc Com Stk | | | | | Buy | 1/16 | J | | |
| 102. | | | | | | Sold | 7/31 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Harold D | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Marriott Intl Inc New Cl A Com Stk | | | | | Buy | 1/16 | J | | |
| 104. | | | | | Sold | 2/4 | J | C | |
| 105. | | | | | Buy | 10/17 | J | | |
| 106. -Merrill Lynch & Co Inc Com Stk | | | | | Buy | 1/16 | J | | |
| 107. | | | | | Sold | 10/17 | J | A | |
| 108. -News Corp Class B New Com Stk | | | | | Buy | 1/16 | J | | |
| 109. -Occidental Petroleum Corp-Del Com Stk | | | | | Buy | 1/16 | J | | |
| 110. -Office Depot Com Stk | | | | | Buy | 1/16 | J | | |
| 111. | | | | | Sold | 6/21 | J | A | |
| 112. -Omnicom Group Inc Com Stk | | | | | Buy | 1/16 | J | | |
| 113. -Oracle Corp Com Stk | | | | | Buy | 1/16 | J | | |
| 114. -Schwab Charles Corp Com Stk | | | | | Buy | 1/16 | J | | |
| 115. -Sepracor Inc Com Stk | | | | | Buy | 1/16 | J | | |
| 116. | | | | | Sold | 1/19 | J | B | |
| 117. -United Technologies Corp Com Stk | | | | | Buy | 1/16 | J | | |
| 118. | | | | | Sold | 3/26 | J | A | |
| 119. -AT&T Inc Com Stk | | | | | Buy | 1/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Harold D | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold | 3/29 | J | A | |
| 121.   -CSX Corp Com Stk | | | | | Buy | 1/16 | J | | |
| 122. | | | | | Sold | 2/28 | J | A | |
| 123.   -Dreyfus Liquid Assets Inc | | | | | | | | | |
| 124.   -Amgen Inc Com Stk | | | | | Sold | 1/9 | J | A | |
| 125.   -Allergen Inc Com Stk | | | | | Buy | 1/19 | J | | |
| 126.   -NYMEX Holdings, Inc. Com Stk | | | | | Buy | 11/21 | J | | |
| 127.   -Loews Corp Com Stk | | | | | Buy | 1/19 | J | | |
| 128.   -Eastman Chemical Co Com Stk | | | | | Buy | 10/8 | J | | |
| 129.   -Ebay, Inc Com Stk | | | | | Buy | 12/18 | J | | |
| 130.   -United Parcel Service Cl B Com Stk | | | | | Buy | 2/18 | J | | |
| 131.   -United Healthgroup, Inc Com Stk | | | | | Buy | 10/24 | J | | |
| 132.   -Wachovia Corp 2nd New Com Stk | | | | | Buy | 10/8 | J | | |
| 133. | | | | | Partial Sale | 12/18 | J | A | |
| 134.   -Ishares Tr MSCI EAFE Index Fund | | | | | Buy | 10/31 | K | | |
| 135.   -JP Morgan Chae Com Stk | | | | | Buy | 10/17 | J | | |
| 136. | | | | | Sold | 12/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Harold D | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.    -Juniper Network, Inc Com Stk | | | | | Buy | 1/26 | J | | |
| 138. | | | | | Sold | 5/18 | J | C | |
| 139.    -Comcast Corp Cl A Com Stk | | | | | Buy | 5/22 | J | | |
| 140. | | | | | Sold | 11/21 | J | A | |
| 141.    -Electronic Arts Com Stk | | | | | Buy | 1/19 | J | | |
| 142. | | | | | Sold | 3/26 | J | A | |
| 143.    -Blackrock, Inc Com Stk | | | | | Buy | 2/9 | J | | |
| 144. | | | | | Sold | 10/8 | J | A | |
| 145.    -Caterpillar, Inc Com Stk | | | | | Buy | 3/28 | J | | |
| 146. | | | | | Sold | 10/22 | J | A | |
| 147.    -Coach, Inc Com Stk | | | | | Buy | 3/26 | J | | |
| 148. | | | | | Sold | 10/24 | J | A | |
| 149.    -KLA-Tencor, Inc Com Stk | | | | | Buy | 3/26 | J | | |
| 150. | | | | | Sold | 7/27 | J | A | |
| 151.    -Nordstrom, Inc Com Stk | | | | | Buy | 7/31 | J | | |
| 152. | | | | | Sold | 10/17 | J | A | |
| 153.    -Ultrashort S&P 500 Proshares | | | | | Buy | 10/23 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Harold D | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | | Sold | 10/29 | J | A | |
| 155.  -Metlife, Inc Com Stk | | | | | | Buy | 10/8 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C=$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Harold D | 05/14/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signat

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544